Submitted on record and briefs June 8, reversed and remanded for reconsideration
August 4, 1993

In the Matter of the Compensation of
Ernest L. Northern, Claimant.

TRI-MET, INC.,
*Petitioner*,

*v.*

Ernest L. NORTHERN,
*Respondent.*

(WCB 90-14997; CA A72900)

855 P2d 1170

Jaurene R. Judy and Terrall & Associates, Portland, filed the brief for petitioner.

Merrill Schneider, Portland, filed the brief for respondent.

Before Warren, Presiding Judge, and Edmonds and Landau, Judges.

PER CURIAM

Reversed and remanded for reconsideration. *SAIF v. Herron*, 114 Or App 64, 836 P2d 131, *rev den* 315 Or 271 (1992).